**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MD INSIDER, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> vs. <br><br> DAVID BROSSO, an individual, <br><br> Defendant and Counter-Plaintiff. | Case No. 15CV2395 DMS NLS <br><br> (San Diego Superior Court Case No. 37-2015-00030698-CU-BC-CTL) |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

This Joint Motion for Dismissal with Prejudice is submitted by Plaintiff MD Insider, Inc. and Defendant David Brosso (collectively, the "Parties") pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a settlement agreement executed by the Parties on September 15, 2016. The Parties have agreed to settle all claims in the above-captioned action (this "Action"). The Parties therefore move this court to dismiss all claims by MD Insider against David Brosso and all counter-claims by David Brosso against MD Insider made in this Action with prejudice to re-filing of the same. The Parties further move the Court to order that all costs and expenses relating to this Action shall be borne solely by the party incurring the same.

|  |  |
|---|---|
| | Respectfully submitted, |
| DATED:  September 27, 2016 | |
| | By: *s/ Kevin Sadler*<br>       Kevin Sadler |
| | Kevin Sadler<br>kevin.sadler@bakerbotts.com<br>KARINA SMITH (SBN 286680)<br>karina.smith@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>1001 Page Mill Road, Bldg. One, Ste. 200<br>Palo Alto, California 94304-1007<br>Telephone: (650)-739-7500<br>Facsimile: (650)-739-7699 |
| | Attorneys for Plaintiff and Counter-Defendant<br>MD INSIDER, INC. |
| | By: *s/ Richard Gallucci*<br>       Richard Gallucci |
| | Richard D. Gallucci, Jr.<br>**WIGGIN and DANA LLP**<br>Two Liberty Place<br>50 S. 16th Street, Suite 2925<br>Philadelphia, PA 19102<br>rgallucci@wiggin.com |
| | PETER B. MARETZ<br>JACQUELINE A. GODOY<br>ADAM L. PARRY<br>**STOKES ROBERTS & WAGNER**<br>600 West Broadway, Suite 910<br>San Diego, California 92101<br>pmaretz@stokeswagner.com<br>jgodoy@stokeswagner.com |
| | Attorneys for Defendant and Counter-Plaintiff David Brosso |

# PROOF OF SERVICE

I, Kevin Sadler, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. I am employed in the County of Santa Clara, California and my business address is 1001 Page Mill Road, Building One, Palo Alto, California 94304. My email address is kevin.sadler@bakerbotts.com.

On September 27, 2016, I served the following documents:

**JOINT MOTION OF DISMISSAL WITH PREJUDICE**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below
- ☐ by placing the documents listed above in a sealed envelope with First Class, Certified Mail, Return Receipt Requested postage thereon fully prepaid, and depositing in the United States mail at Palo Alto, California addressed as set forth below.
- ☐ by placing the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.
- ☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.
- ☐ by transmitting (in "pdf" format) via electronic mail the documents listed above to each of the persons as set forth below.
- ☒ via the Court's electronic filing system per Local Rule 5.4.

Richard D. Gallucci , Jr.
**Wiggin and Dana LLP**
Two Liberty Place
50 S. 16th Street, Suite 2925
Philadelphia, PA 19102
rgallucci@wiggin.com

1  PETER B. MARETZ
   JACQUELINE A. GODOY
2  ADAM L. PARRY
   **Stokes, Robert & Wagner**
3  600 West Broadway, Suite 910
   San Diego, California 92101
4  pmaretz@stokeswagner.com
   jgodoy@stokeswagner.com
5  aparry@stokeswagner.com

6  I declare under penalty of perjury under the laws of the State of California
7  that the above is true and correct.  Executed on September 27, 2016 at Palo
   Alto, California.
8

9                                          *s/ Kevin Sadler*
                                           Kevin Sadler
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                     4                     CASE NO. 15CV2395 DMS NLS